U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

Justin E. Manley, individually and on behalf of all others similarly situated
v.
Consumer Protection Direct, Inc. d/b/a National Vehicle Headquarters

Case Number:
FILED: JULY 03, 2008
08CV3810
JUDGE CASTILLO
MAGISTRATE JUDGE VALDEZ
RCC

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiff Justin E. Manley

| | |
|---|---|
| NAME (Type or print) James J. Simeri | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) s/ James J. Simeri | |
| FIRM Green Jacobson & Butsch, P.C. | |
| STREET ADDRESS 7733 Forsyth Boulevard, Suite 700 | |
| CITY/STATE/ZIP Clayton, MO 63105 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) Illinois Bar No. 6274225 | TELEPHONE NUMBER (314) 862-6800 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ NO ✓ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ NO ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ NO ✓ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |