## United States District Court for the Northern District of Illinois

Case Number: 08CV3810

Assigned/Issued By: DAJ

Judge Name: CASTILLO

Designated Magistrate Judge: VALDEZ

---

### FEE INFORMATION

*Amount Due:*   [✓] $350.00   [ ] $39.00   [ ] $5.00
[ ] IFP   [ ] No Fee   [ ] Other _____
[ ] $455.00

Number of Service Copies _____         Date: _____

(For Use by Fiscal Department Only)

Amount Paid: 350.00         Receipt #: 2908726

Date Payment Rec'd: 07/03/08         Fiscal Clerk: DAJ

---

### ISSUANCES

[✓] Summons                              [ ] Alias Summons

[ ] Third Party Summons                  [ ] Lis Pendens

[ ] Non Wage Garnishment Summons         [ ] Abstract of Judgment

[ ] Wage-Deduction Garnishment Summons
_____
(Victim, Against and $ Amount)

[ ] Citation to Discover Assets

[ ] Writ _____
(Type of Writ)

_1_ Original and _0_ copies on _07/03/08_ as to _DEF._ _____
(Date)

---

C:\wpwin80\docket\feeinfo.frm     03/14/05