AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

Justin E. Manley, individually and on behalf of
all others similarly satuated,
              Plaintiffs,

V.

Consumer Protection Direct, Inc. d/b/a National
Vehicle Headquarters,
              Defendant.

CASE NUMBER: 08CV3810
              JUDGE CASTILLO

ASSIGNED JUDGE: MAGISTRATE JUDGE VALDEZ

DESIGNATED
MAGISTRATE JUDGE:

TO: (Name and address of Defendant)

Consumer Protection Direct, Inc. d/b/a National Vehicle Headquarters
c/o Kyle McEvoy - Registered Agent
770 Spirit of St. Louis Boulevard
Chesterfield, MO 63005

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

James J. Simeri
Green Jacobson & Butsch, P.C.
7733 Forsyth Boulevard, Suite 700
Clayton, MO 63105

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**Michael W. Dobbins, Clerk**

_[signature]_

----------------------------------
(By) DEPUTY CLERK

July 3, 2008
----------------------------------
Date

AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 07 JULY 2008 @ 11:03 AM |
| NAME OF SERVER (PRINT) ELIZABETH REYNOLDS | TITLE PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: 770 SPIRIT OF ST. LOUIS BLVD., CHESTERFIELD, MO 63005

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| — | 55. | 55. |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  07 JULY 2008     *[Signature]*
                Date                Signature of Server

P.O. BOX 16032, ST. LOUIS, MO 63116
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# REYNOLDS INVESTIGATIONS & PROCESS SERVICES

P.O. Box 160132, Saint Louis, MO 63116
Phone: 314.680.4203  Fax: 314-772-8713
Email: youhavebeenserved@gmail.com

Licensed by
City of Saint Louis
22nd Circuit Court of Missouri
Special Process Servers Division & Saint Louis City Sheriff's Department
Professional Process Servers Association

## AFFIDAVIT of SERVICE

I, ELIZABETH REYNOLDS DO SWEAR OR DECLARE THAT ON 07 JULY 2008 I DID SERVE A SUMMONS, CAUSE NUMBER 08 CV 3810, ON CONSUMER PROT. DIR., INC DBA NTL. VEH. HQ., C/O KYLE MCEVOY, REG. AGNT., AT THE FOLLOWING LOCATION AND TIME: 770 SPIRIT OF ST. LOUIS BLVD., CHESTERFIELD, MO 63005, 11:03 AM/PM, BY:

PERSONAL SERVICE TO THE LISTED PARTY HAND DELIVERY.

SUBSTITUTE SERVICE TO _____,
RELATIONSHIP _____.

CORPORATE SERVICE TO _____,
TITLE _____.

MANLEY V. CONS. PROT. DIR., INC.

ALL DONE IN THE CITY/COUNTY OF ST. LOUIS, MO.

SIGNATURE: EM Reynolds

AMOUNT DUE UPON RECEIPT FOR THIS SERVICE IS: $55.

PLEASE MAKE YOUR CHECK PAYABLE TO: Elizabeth Reynolds
THANK YOU FOR YOUR BUSINESS.

SUBSCRIBED AND SWORN TO BEFORE ME, A NOTARY PUBLIC ON THIS DATE: 7/7/08

MY COMMISSION EXPIRES: 3/11/2011

KYLE CULLEN
Notary Public - Notary Seal
STATE OF MISSOURI
St. Louis County
My Commission Expires: Mar. 11, 2011
Commission # 07007968