**United States District Court**
**Northern District of Illinois**
**Eastern Division**

| | | |
|---|---|---|
| JUSTIN E. MANLEY, individually and on behalf of all others similarly situated, | ) ) ) ) | |
| Plaintiffs, | ) ) | Case No. 1:08-cv-03810 Judge Valdez |
| v. | ) ) | **JURY TRIAL DEMANDED** |
| CONSUMER PROTECTION DIRECT, INC. d/b/a NATIONAL VEHICLE HEADQUARTERS, | ) ) ) ) ) | |
| Defendant. | ) | |

**CONSENT MOTION OF CONSUMER PROTECTION DIRECT, INC.**
**FOR ADDITIONAL TIME TO RESPOND TO COMPLAINT**

Consumer Protection Direct, Inc. ("CPD"), by its attorneys, pursuant to Rule 6(b) of Federal Rules of Civil Procedure, hereby requests that the Court extend for thirty (30) days the date by which CPD is to respond to Plaintiff's Complaint, from July 28, 2008 to August 28, 2008.  In support of this Motion, CPD states:

1.     CPD was served with the complaint in this case on July 7, 2008.  As a result, without the relief sought by this motion, a response to the complaint would be due on July 28, 2008.

2.     Counsel for CPD, located in St. Louis, Missouri was only recently retained by CPD.

3.     Counsel for CPD contacted one of the attorneys for the Plaintiff, Dave Butsch, and requested an extension of the time to respond to August 28, 2005.  Mr. Butsch agreed to the request.

WHEREFORE, Consumer Protection Direct  requests that the Court extend the

date by which CPD is to respond to the Complaint to August 28, 2008.


Respectfully submitted,



 _s/John Kallman___
John Kallman
221 North LaSalle Street
Suite 1200
Chicago, IL 60601-1305
Tel:  (312) 578-1515
Email: jkkallman@sbcglobal.net

Marvin Lindmark
John Pollard
**BOBROFF, HESSE, LINDMARK &
MARTONE**
1650 Des Peres Road, Suite 200
St. Louis, MO 63131
Tel:  (314) 862-0300
Fax: (314) 862-7010
Email: marvinlindmark@bobroffhesse.com

*Attorneys for Consumer Protection
Direct, Inc.*

Case 1:08-cv-03810    Document 9    Filed 07/23/2008    Page 3 of 3


**CERTIFICATE OF SERVICE**

The undersigned attorney certifies that on July 23, 2008, the foregoing was

served on the following persons by electronic transmission via the Case

Management/Electronic Case Filing System of the U.S. District Court for the Northern

District of Illinois to:


GREEN JACOBSON & BUTSCH, P.C.
David T. Butsch
James J. Simeri
7733 Forsyth Blvd., Ste. 700
Clayton, MO 63105-2015
314.862.6800
butsch@stlouislaw.com
simeri@stlouislaw.com

and

LAW OFFICE OF JAMES X. BORMES
James X. Bormes
8 S. Michigan Ave., Ste. 2600
Chicago, IL 60603
312.201.0575
bormeslaw@sbcglobal.net

Attorneys for Plaintiffs


_/s/ John K. Kallman_