United States District Court
Northern District of Illinois
Eastern Division

| | |
|---|---|
| JUSTIN E. MANLEY, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>CONSUMER PROTECTION DIRECT, INC. d/b/a NATIONAL VEHICLE HEADQUARTERS,<br><br>Defendant. | Case No. 1:08-cv-03810<br>Judge Valdez<br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that at 9:45 a.m. on July 29, 2008, we shall appear before the Honorable Ruben Castillo, in Courtroom 2141 in the United States District Court for The Northern District of Illinois, and shall then and there present the Motion of Consumer Protection Direct, Inc. for Additional Time to Respond to Complaint, a copy of which is enclosed herein and hereby served upon you.

                                                    Respectfully submitted,

                                                    _s/John Kallman_____
                                                    John Kallman
                                                    221 North LaSalle Street
                                                    Suite 1200
                                                    Chicago, IL 60601-1305
                                                    Tel: (312) 578-1515
                                                    Email: jkkallman@sbcglobal.net

Marvin Lindmark
John Pollard
**BOBROFF, HESSE, LINDMARK & MARTONE**
1650 Des Peres Road, Suite 200
St. Louis, MO 63131
Tel:  (314) 862-0300
Fax: (314) 862-7010
Email: marvinlindmark@bobroffhesse.com

*Attorneys for Consumer Protection Direct, Inc.*

## CERTIFICATE OF SERVICE

The undersigned attorney certifies that on July 23, 2008, the foregoing was served on the following persons by electronic transmission via the Case Management/Electronic Case Filing System of the U.S. District Court for the Northern District of Illinois to:

GREEN JACOBSON & BUTSCH, P.C.
David T. Butsch
James J. Simeri
7733 Forsyth Blvd., Ste. 700
Clayton, MO 63105-2015
314.862.6800
butsch@stlouislaw.com
simeri@stlouislaw.com

and

LAW OFFICE OF JAMES X. BORMES
James X. Bormes
8 S. Michigan Ave., Ste. 2600
Chicago, IL 60603
312.201.0575
bormeslaw@sbcglobal.net

Attorneys for Plaintiffs

                                                __/s/ John K. Kallman_____