**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of | Case Number: 1:08-cv-03810 |

Justin E. Manley

v.

Consumer Products Direct, Inc.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

(In the space below, enter the name of the party or parties being represented)

Consumer Products Direct, Inc.

---

NAME (Type or print)  Marvin L. Lindmark, III

SIGNATURE (Use electronic signature if the appearance form is filed electronically)
         s/Marvin L. Lindmark

FIRM  Bobroff Hesse Lindmark & Martone, P.C.

STREET ADDRESS  1650 Des Peres Rd, Suite 200

CITY/STATE/ZIP  St. Louis, MO 63131

ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)  06199363     TELEPHONE NUMBER  314.862.0300

ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? (Enter "Y" or "N")  Y

ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? (Enter "Y" or "N")  N

ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? (Enter "Y" or "N")  Y

IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? (Enter "Y" or "N")  Y

IF THIS IS A CRIMINAL CASE, USE AN "X" TO DESCRIBE YOUR STATUS IN THIS CASE.

 RETAINED COUNSEL                APPOINTED COUNSEL